

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERTO ANTONIO HERNANDEZ, | § | No. 08-23-00351-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th Judicial District Court |
| PRESTON BROWN, VALENTINA SAMANIEGO, ODD COUPLES PROPERTIES, LLC, CURSADERS REALTY INVESTMENTS, LLC, and ENTRUST CAPITAL FUNDING, LLC, | § § § | of El Paso County, Texas (TC#2022DCV1929) |
| Appellees. | § | |

**MEMORANDUM OPINION**

Before this Court is Appellant's motion to voluntarily dismiss this appeal. The motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

JEFF ALLEY, Chief Justice

January 26, 2024

Before Alley, C.J., Palafox and Soto, JJ.